## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Douglas Voss, Elizabeth Voss,      Civil No. 09-1581 (PAM/RLE)
Arthur Voss, E. Bernice Voss,

      Plaintiffs,

v.              **AMENDED ORDER**

St. Martin Cooperative, David
Doll, Ralph Schmidt, Continental
Western, Phil Nelson, Jean Harris,

      Defendants.

---

Pursuant to the Eighth Circuit Court of Appeals Opinion dated May 25, 2010, (Docket

No. 20), this Court's September 2, 2009, Order, (Docket No. 11), is amended as follows. **IT**

**IS HEREBY ORDERED** that:

1.  Plaintiff's FIFRA claim is **DISMISSED WITH PREJUDICE**; and

2.  The balance of Plaintiff's claim is **DISMISSED WITHOUT PREJUDICE**.

Dated: _June 21_ , 2010

      _s/Paul A. Magnuson_
      Paul A. Magnuson
      United States District Court Judge